UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELLEN FLETCHER, NORMA FULLER, :
GLORIA GERACE, SHERYL IRBY, KELLI :
KNIPPERS, ROBERT GOODMAN, KELLI :
MADDUX (KNICKERBOCKER), :
　　　　　　　　　　　　　　　　　　　　:
　　Plaintiffs　　　　　　　　　　　　　: 　　Civil Action
v.　　　　　　　　　　　　　　　　　　　: 　　No. 04-11160-GAO
　　　　　　　　　　　　　　　　　　　　:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
　　　　　　　　　　　　　　　　　　　　:
　　Defendants　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

　　　　　Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 22, 2004　　　　　　　　　　Respectfully submitted,
　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　/s/Matthew J. Matule
　　　　　　　　　　　　　　　　　　　　Matthew J. Matule (BBO #632075)
　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
Of Counsel:　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
Barbara Wrubel　　　　　　　　　　　　　One Beacon Street
Katherine Armstrong　　　　　　　　　　Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,　　　　　　　　(617) 573-4800
　　MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　Boehringer Ingelheim Pharmaceuticals, Inc.